## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                             Case No.:  17−28261−JNP
                                             Chapter:  13
                                             Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allene Martina Patterson
   194 Gibbons Court
   Atco, NJ 08004

Social Security No.:
   xxx−xx−8342

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 10/10/2017 in the amount of $ 78.00 has not been received by the Clerk,

☐     The debtor filed a on on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/26/17 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/26/17.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: October 31, 2017
Time: 10:00AM
Location: Courtroom 4C
   Address:   Mitchell H. Cohen Courthouse
                  1 John F. Gerry Plaza
                  400 Cooper Street
                  Camden, NJ 08101−2067

Dated: October 12, 2017
JAN: kvr

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge