Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28261−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allene Martina Patterson
   194 Gibbons Court
   Atco, NJ 08004

Social Security No.:
   xxx−xx−8342

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/27/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: November 27, 2017
JAN: cmf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Allene Martina Patterson  
    Debtor

Case No. 17-28261-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 27, 2017  
                       Form ID: 148     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.

```
db          +Allene Martina Patterson,    194 Gibbons Court,    Atco, NJ 08004-2447
517081358   +Advocare,    PO Box 3001 DOJ,    Voorhees, NJ 08043-0598
517149883   +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
517081359   +Camden County Utilities,    PO Box 1105,    Bellmawr, NJ 08099-5105
517081355    Comcast,    PO Box 3002,    South Eastern, PA 19398-3002
517081353    Merrick Bank,    PO Box 001776,    Dallas, TX 75201
517081354   +Progressive,    6300 Wilson Mill Rd,    May Field Village, OH 44143-2182
517081356   +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
517085539    South Jersey Radiology,    PO Box 7710,    Voorhees, NJ 08012
517081352   +Verizon,    PO Box 4842,    Trenton, NJ 08650-4842
517081351   +Volora,    195 Delsea Drive,    Glassboro, NJ 08028-2604
517081360   +Waterford Twp Utilities,    2131 Auburn Avenue,    Atco, NJ 08004-1995
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2017 22:40:44      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2017 22:40:39      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517081357   +E-mail/Text: bankruptcy@pepcoholdings.com Nov 27 2017 22:40:25      Atlantic City Electric,
              PO Box 13610,    Philadelphia , PA 19101-3610
517164184    E-mail/Text: bankruptcy@pepcoholdings.com Nov 27 2017 22:40:25
              Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
              Carneys Point, NJ 08069-3600
517056217    E-mail/Text: camanagement@mtb.com Nov 27 2017 22:40:29      M&T Bank,    PO Box 840,
              Buffalo, NY 14240
517171312   +EDI: AIS.COM Nov 27 2017 22:23:00      Verizon,    by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```